JUDGE KENDALL
MAGISTRATE JUDGE COX

22CR589

FILED
11/8/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIAN TAN LI | No.<br><br>Violation: Title 18, United States Code, Section 1956(h) |

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around October 2016, and continuing until at least in or around December 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JIAN TAN LI,

defendant herein, did conspire with Wei Li, Individual A, and others known and unknown to commit offenses in violation of Title 18, United States Code, Section 1956, namely: (1) to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, namely, felony violations of Title 21, United States Code, Sections 841, 846, 952, 960, and 963 involving buying, selling, importing, and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i); and (2) to knowingly transport, transmit, and transfer a monetary instrument and funds involving the proceeds of a specified unlawful activity, namely, the felonious buying, selling, importing, and otherwise dealing in a controlled substance, from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i),

In violation of Title 18, United States Code, Section 1956(h).

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2022.11.07 15:31:35 -06'00'

Signed by Erika Csicsila of behalf of the
UNITED STATES ATTORNEY